IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANNIE TURNER**                                                                         **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 1:06-cv-835-HSO-JMR**

**NORTHROP GRUMMAN**                                        **DEFENDANT**
**SHIPBUILDING, INC.**

## MOTION TO SUBSTITUTE PARTY

Defendant Huntington Ingalls Incorporated, formerly known as Northrop Grumman Shipbuilding, Inc., requests the Court to change the caption of the case to make Huntington Ingalls Incorporated the sole named defendant. The caption should be changed because Northrop Grumman Shipbuilding, Inc., formally changed its name to Huntington Ingalls Incorporated on April 14, 2011. An affidavit from the corporation's Assistant Secretary attesting to the name change is attached as Exhibit A.

Dated: June 7, 2011.

Respectfully submitted,

NORTHROP GRUMMAN SHIPBUILDING, INC.

s/ Brooks Eason
Brooks Eason

OF COUNSEL:
Brooks Eason, MSB No. 5286
W. Davis Frye, MSB No. 10671
Scott W. Pedigo, MSB No. 10735
Ceejaye Peters, MSB No. 101962
Adam Gates, MSB No. 102305
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211
Telephone:  601-351-2400
Facsimile:  601-351-2424

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of filing to the following:

      Walter Michael Gillion      mgillion@gillionlaw.com

Dated: June 7, 2011.

      s/ Brooks Eason
      Of Counsel